Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:13-mj-007-MJS |
| Plaintiff, | ) ) ) | MOTION TO DISMISS; AND ORDER THEREON |
| v. | ) ) | |
| SHAWN OSHEAH COLLINS, | ) ) | |
| Defendant. | ) ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby requests that Count 2- Failure to provide proof of financial responsibility, Count 3- Damage to property and Count 4- Failure to comply with traffic control device against the Defendant be dismissed in the interest of justice and moves the Court for an order of dismissal with prejudice.

Dated: April 17, 2013 .                                        NATIONAL PARK SERVICE

                                        /S/ Matthew McNease
                                        Matthew McNease
                                        Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:   April 18, 2013            /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

1